THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
South Carolina Department of Social Services, Respondent,
v.
Travis S. Buckner, Appellant.
 
 
 

Appeal From Richland County
 Rolly W. Jacobs, Family Court Judge

Memorandum Opinion No.  2006-MO-034
Heard September 19, 2006  Filed October 23, 2006

DISMISSED

 
 
 
Jeremy C. Whitley, of Nelson Mullins Riley & Scarborough, of Columbia, for Appellant.
P. Lawrence Hoffman, of Columbia, for Respondent.
 
 
 

PER CURIAM:  This is an appeal from an order of the family court increasing Appellants child support obligation.  We dismiss the appeal as moot.  Seabrook v. Knox, 369 S.C. 191, 631 S.E.2d 901 (2006) (case is moot where judgment rendered by the court will have no practical legal effect upon an existing controversy because an intervening event renders any grant of effectual relief impossible for the reviewing court). 
APPEAL DISMISSED.  
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.